THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL,
Assistant U.S. Attorney
309 Federal Building
Scranton, PA 18501
Attorney for Plaintiff
Phone: (570)-348-2800

UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
        Plaintiff :
V. : Misc. NO. 3:06cv256
         :
FRANK J. GODINO, :
        Defendant :

## JUDGMENT

AND NOW, this 10TH day of May, 2007, pursuant to the Certification of Judgment received from the Clerk of the Superior Court of Cambridge, Commonwealth of Massachusets, judgment is hereby registered and entered in favor of the United States of America and against FRANK J. GODINO, in the principal sum of $88,418.00, plus interest in the amount of $12,150.83 through July 15, 2006, for the total amount of $100,568.83, plus interest at the rate of 12.00 percent per annum and costs.

*MARY E. D'ANDREA*
MARY E. D'ANDREA

*[signature]*
Deputy Clerk